AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.

Cesar CASAS-Caro

Case No. 20-1231 MJ

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2020__ in the county of __Luna__ in the State and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 USC § 1324 (a)(1)(A)(v)(I) Conspiracy | Engage in a conspiracy with others known and unknown to commit a violation of 8 USC 1324 (a)(1)(A)(ii)(Transporting), to wit: knowing and in reckless disregard of the fact that aliens, had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Mark Vallone, Special Agent
*Printed name and title*

*Telephonically*
Sworn to before me and signed in my presence.

Date: 06/26/2020

City and state: Las Cruces, New Mexico

*Judge's signature*

Kevin Sweazea
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VS

Cesar CASAS-Caro

On June 25, 2020, United States Border Patrol Agents (BPA) were assigned checkpoint duties on New Mexico State Road 9 milepost 69. At approximately 8:45 am, a Ford (F150), burgundy in color, approached the checkpoint via the westbound lane. The BPA identified himself as a Border Patrol Agent to the occupants of the vehicle and the driver presented the BPA a Border Crossing Card bearing the name Cesar CASAS-Caro. The BPA questioned the driver as to where he was going and CASAS-Caro responded that he was heading west. The BPA questioned the remaining five occupants of the vehicle and determined that they were not in possession of any immigration documents and were illegally in the United States. The driver, CASAS-Caro, stated that he had picked them up on the side of the road and was only giving them a ride. CASAS-Caro was removed from his vehicle and was taken into custody for transporting illegal aliens.

The BPA read CASAS-Caro his Miranda Rights in the Spanish language using a government issued field Miranda card. CASAS-Caro stated that the five people he was transporting in the vehicle were illegal aliens and that he would be financially compensated for transporting them to Albuquerque, New Mexico. CASAS-Caro was transported the Deming, New Mexico Border Patrol Station for further processing. The remaining five illegal aliens were transported to the Columbus Port of Entry.

Homeland Security Investigations (HSI) Special Agent (SA) Mark Vallone was notified of the apprehension and responded to the Deming, New Mexico Border Patrol Station to investigate the case.

CASAS-Caro was informed of his Miranda Rights in the Spanish language and CASAS-Caro agreed to speak with the agents without the presence of legal counsel.

CASAS-Caro stated that he picked up the five illegal aliens on the side of the road after he was provided with their location. The location was provided by a known smuggler out of Las Palomas, Chihuahua, Mexico through the cellular phone application known as WhatsApp. CASAS-Caro stated that he knew that five people he picked up were illegally in the country. CASAS-Caro added that he was going to be paid $1,800 for transporting the five illegal aliens from Columbus, New Mexico to Albuquerque, New Mexico for a total of $9,000. CASAS-Caro stated that he only knows the smuggler in Las Palomas by a nickname. CASAS-Caro added that in the past, he had successfully smuggled a load of aliens but did not provide an accurate number of aliens he transported that time.

CASAS-Caro consented to a search of his cellphone and, during a brief examination, messages were observed on the phone application WhatsApp between CASAS-Caro and another individual. The contact displayed in this conversation appeared to belong to a Mexican telephone number. The content of these messages appears to refer to the negotiation of the transport of illegal aliens for $1,800 per person and a geographic location. CASAS-Caro confirmed that these messages are in relation to the smuggling of the illegal aliens that were present during the encounter.

The United States Attorney's Office, District of New Mexico approved federal prosecution of CASAS-Caro for 8 USC § 1324, Conspiracy.

Respectfully submitted,

Mark Vallone
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on June 26, 2020.

Kevin Sweazea
United States Magistrate Judge